No. 5244.—PUEBLO, apldo., *v.* DEL TORO ET AL., apltes.— C. D. Ponce. ▮▮▮▮▮▮▮▮▮▮ Febrero 17, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No habiendo presentado el apelante su alegato para sostener su recurso desde el 14 de febrero de 1930, en cuya fecha radicó en este tribunal la transcripción de su apelación, ni habiendo solicitado prórroga para ello, se desestima esta apelación a instancia de la parte apelada.